### No. 2362.—JOHN MARKS & CO. v. S. HERMAN.

The appeal bond must be made payable to the clerk of the court from which the appeal is taken.  The appeal will be dismissed if the bond is not so taken.

APPEAL from the Fifth District Court for the parish of Orleans. *Leaumont*, J.   *Cotton & Levy*, for plaintiffs and appellees.   *Cooley & Phillips*, for defendant and appellant.

HOWELL, J.   A motion is made to dismiss the appeal in this case on the ground that the appeal bond is not made in favor of the clerk of the court, as the law requires.

The motion must prevail. Art. 575 C. P. as it now exists, requires that "appeal bonds, *in all cases of appeals*, shall be made payable to the clerk of the court which rendered the judgment appealed from," and gives any appellee interested in the appeal *recourse on such bond* against the appellant and his securities.

There is no room for construction. The bond in every appeal must be made payable to the clerk. If not made payable to him, as in this case, the bond is not such as the law prescribes.

It is therefore ordered that the appeal herein be dismissed with costs.